941 A.2d 1255

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Michael MASTROMARINO, Respondent.**

Supreme Court of Pennsylvania.

Dec. 17, 2007.

### *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of December, 2007, the Commonwealth's Emergency Petitions filed December 13, 2007, are **DENIED** and the single-Justice Order entered December 14, 2007, extending the stay is **VACATED.**